CONSERVATION COMMISSION OF NATICK *vs.* DEPARTMENT OF NATURAL RESOURCES & others. November 21, 1975. Upon consideration of the issues argued in the plaintiff's brief which were raised by the pleadings and are relevant to the question of the jurisdiction of the Superior Court to entertain the action before us on appeal, namely, that for judicial review, we conclude that the complaint was properly dismissed for the reasons stated by the trial judge in that part of his memorandum of decision directed to that action for judicial review.

*Judgment affirmed.*

The case was submitted on briefs.
*J. J. DiGeronimo,* Town Counsel, & *Melvin A. Prives* for the Conservation Commission of Natick.
*Edward J. McCormack, III,* Assistant Attorney General, for the Department of Natural Resources & others.
*Thomas B. Shea* for Joseph A. Gustie, trustee.